[No. 7,747.—Department One.]

### DAVID BIXLER *v.* E. R. PARVIN ET AL.

WRIT of error to the Superior Court of Sacramento County to review the judgment appealed from in case No. 7,746.

*G. W. Gordon,* for Plaintiff in error.

*A. P. Catlin, J. W. Armstrong,* and *J. H. McKune,* for Defendant in error.

The COURT:

Upon the authority of *The Matter of Bixler's Appeal, supra,* proceedings dismissed.